JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>          Plaintiff,<br><br>     vs.<br><br>GREEN BAY PROPERTIES, L.P.; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: CV 21-6788-GW-JCx**<br>Assigned to George H. Wu<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until February 18, 2022 for Plaintiff to dismiss the entire action with prejudice.

SO ORDERED.

DATED: January 20, 2022

_____
HON. GEORGE H. WU,
United States District Judge